IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

DENIS OBDULIO CARDONA ROMERO — PETITIONER

v. — CIVIL NO. 5:26-cv-1039-DCB-RPM

THE WARDEN DETENTION CENTER,
Adams County Correctional Center — RESPONDENT

# ORDER

Pro se Petitioner Denis Obdulio Cardona Romero (A# 222-562-135), a detainee at the Adams County Detention Center in Natchez, Mississippi, files his Petition for habeas relief under 28 U.S.C. § 2241 [1]. Petitioner however failed to sign his Petition under penalty of perjury, as required by the Rule 2(c)(5) of the Rules Governing Section 2254 Proceedings in the United States District Courts.[1] Petitioner will be given an opportunity to correct this omission by placing his signature on page 8 (CM/ECF pagination) of the copy of his Petition [1] enclosed with this Order. Accordingly, it is

ORDERED that the Clerk of Court is directed to mail to Petitioner a copy of his Petition [1], pages 1–8.

[1] "Under the Rules Governing Section 2254 Proceedings in the United States District Courts ('Habeas Rules'), which also apply in habeas proceedings governed by 28 U.S.C. § 2241, the Federal Rules of Civil Procedure apply only to the extent that they are not inconsistent with the Habeas Rules or any statutory provision." *Shabanov v. Tate*, No. CV H-23-3136, 2024 WL 1772873, at *3 (S.D. Tex. Apr. 24, 2024) (citing Rules 1(b) and 12 of the Habeas Rules).

IT IS FURTHER ORDERED that Petitioner is directed to sign under penalty of perjury on page 8 (CM/ECF pagination) of the copy of his Petition [1] enclosed with this Order and return his signed Petition [1] to this Court **on or before November 30, 2026.**

IT IS FURTHER ORDERED that Petitioner is directed to file his Petition [1] signed under penalty of perjury with the Clerk, U.S. District Court, 501 E. Court Street, Suite 2.500, Jackson, Mississippi 39201.

Petitioner is warned that his failure to fully comply with any order of the Court timely or failure to advise the Court of a change of address as directed in the Notice of Assignment [1-4] may result in the dismissal of this case.

SO ORDERED, this 13th day of November, 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE